**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Hon. M. Bofill Duhe
District Attorney
300 Iberia St., #200
New Iberia LA 70560

W. Claire Howington
Iberia Parish ADA
300 Iberia St. Ste 200
New Iberia La 70560

**REHEARING ACTION: September 12, 2017**

**Docket Number: 17   00572-KW**

**STATE OF LOUISIANA**
**VERSUS**
**PAUL KNATT, III**

**Writ Application from Iberia Parish Case No. 11-CR-1790**

<u>**BEFORE JUDGES**</u>**:**

**Hon. John D. Saunders**
**Hon. Phyllis M. Keaty**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **State of Louisiana** is:

> <u>**REHEARING DENIED.**</u>  The State fails to show the untimely filing of the writ
> application was not due to its own fault as required by Uniform Rules —
> Courts of Appeal Rule 4-3.  Tracking information obtained from the receipt
> submitted with the State's rehearing application showed the package was
> dropped off after the final pickup occurred for that FedEx location.  Thus, the
> package was not mailed until the next day.  Accordingly, the receipt
> submitted with the State's writ application was not made at the time of
> mailing as required by Uniform Rules — Courts of Appeal Rule 2-13.

cc: Harry Daniels, III, Counsel for  the Respondent